# EXHIBIT A

**Stock Whisper**'s profile claimed: "We are business graduated with a professional certifications [sic] in [Finance & Accounting]. A few of us are associated with the academic field, teaching both short and long courses on Finance and Accounting." Notably, Stock Whisper was a DreamTeam Group alias.

**Momentum Trading**'s profile claimed: "I am an independent trader focused on stocks that are in a state of momentum. I focus on event driven securities such as companies going through earnings, mergers, and biotech events. I have worked as a professional trader in the past."

**Thomas Option Hunter**'s profile claimed: "I trade stocks and options and mainly focus on event driven strategies such as mergers & acquisitions, biotechnology, and earnings. As I place trades in my portfolio, I will update my blog with the trade, price, and thought process."

**Wonderful Wizard**'s profile claimed "I studied finance at The University of Illinois and am currently trading my own personal account. I look for value investments with a potential for rapid increase because of catalysts. I try to combine all aspects of investing including looking at both the technical and fundamental picture."

**Elegant Trading**'s profile claimed "I trade my own personal assets and look to share some of the same strategies and information that I use in my own trading."

**Kingmaker**'s profile claimed "My expertise is in researching and writing about micro and small-cap biotechnology stocks. I run a volatility trading group that focuses on exploiting differences in IV vs. HV in biotech names with upcoming catalysts.

**Equity Options Guru**'s profile claimed "I focus on analyzing micro and small-cap companies that appear to poised for outsized gains compared to the market. I reach my investing decisions based upon fundamental, technical, and macro indicators. I have previously worked as

a volatility trader and long/short equity analyst."

**Expected Growth**'s profile claimed "I am a full-time investor focused on managing my own portfolio and living off the capital gains. I tend to analyze small-cap stocks, especially companies that present an attractive risk/reward opportunity. I'm not afraid to take risks if the return possibilities justify it."

**Christine Andrews** claimed she "is an analyst and fund manager with almost 20 years of investment experience. She covers a variety of industries, with a special focus on technology, and likes to write about value stocks, poorly understood or under-followed situations, and contrarian perspectives."

**James Ratz** claimed he "is a portfolio manager at Zebra Capital based out of Los Angeles. He focuses on providing actionable information to investors of all levels."