**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

In re GALENA BIOPHARMA, INC. SECURITIES LITIGATION

      **Plaintiff(s),**

v.

_____
      **Defendant(s).**

Civil Case No. 3:14-CV-00367-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Leigh Handelman Smollar** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)   PERSONAL DATA:**

Name: **Handelman Smollar** (Last Name)   **Leigh** (First Name)   **R.** (MI)   (Suffix)

Firm or Business Affiliation: **Pomerantz LLP**

Mailing Address: **10 South LaSalle, Suite 3505**

City: **Chicago**   State: **Illinois**   Zip: **60603**

Phone Number: **(312) 377-1181**   Fax Number: **(312) 377-1184**

Business E-mail Address: **lsmollar@pomlaw.com**

**(2)    BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):
Illinois, November 1996, ARDC:  6237247

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):
USDC Northern District of Illinois- December 18, 1996
Seventh Circuit Court of Appeals- November 15, 2002
Eighth Circuit Court of Appeals- September 1, 2005

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff(s)

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this  10th  day of  November , 2014

_____
*(Signature of Pro Hac Counsel)*
Leigh Handelman Smollar
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this  17  day of  November , 2014

*Jeffrey Ratliff*
*(Signature of Local Counsel)*

Name:  Ratliff          Jeffrey                         S
       *(Last Name)*    *(First Name)*                  *(MI)*    *(Suffix)*

Oregon State Bar Number:  893422
Firm or Business Affiliation:  Ransom Gilbertson Martin & Ratliff, LLP
Mailing Address:  1500 NE Irving St., Suite 412
City: Portland                State: OR        Zip: 97232
Phone Number: 503-226-3664    Business E-mail Address: rgilbertson@qwestoffice.net

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge