# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Deering et al
_____
**Plaintiff(s),**

**v.**

Galena Biopharma, Inc. et al
_____
**Defendant(s).**

Civil Case No. 3:14-cv-367-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Ada Fernandez Johnson _____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)    PERSONAL DATA:**

Name: Johnson            Ada            Fernandez
          (Last Name)        (First Name)      (MI)      (Suffix)

Firm or Business Affiliation: Debevoise & Plimpton LLP

Mailing Address:    801 Pennsylvania Ave. NW

City: Washington            State: DC        Zip: 20004

Phone Number: (202) 383-8053        Fax Number: (202) 383-8118

Business E-mail Address: afjohnson@debevoise.com

**(2)    BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):

        Virginia State Bar; admitted October 9, 1998; bar number 42751

        DC Bar; admitted June 4, 1999; bar number 463296

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

        USDC EDVA - admitted 12/1998; USDC DC - admitted 11/1/1999

        DC Cir. Ct. Ap. 6/4/99 bar #463296; DC Ct. Ap. DC Cir 6/30/06 #50662

        US Ct. of Appeals 11th Cir. 4/2/2002; US Ct. Appeals 4th Cir. 11/2/1998

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**   ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**   ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Mark J. Ahn

(6)    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this <u>14th</u> day of <u>June</u>, <u>2016</u>

_____
*(Signature of Pro Hac Counsel)*

<u>Ada Fernandez Johnson</u>
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this <u>15th</u> day of <u>June</u>, <u>2016</u>

_____
*(Signature of Local Counsel)*

Name:  <u>Tranetzki</u>              <u>Kristen</u>              <u>L</u>
          *(Last Name)*                *(First Name)*              *(MI)*      *(Suffix)*

Oregon State Bar Number: <u>115730</u>

Firm or Business Affiliation: <u>Angeli Ungar Law Group LLC</u>

Mailing Address: <u>121 SW Morrison Street, Suite 400</u>

City: <u>Portland</u>                    State: <u>OR</u>        Zip: <u>97204</u>

Phone Number: <u>503-954-2232</u>              Business E-mail Address: <u>kristen@angelilaw.com</u>

---

**COURT ACTION**

---

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge